# 10TH CIRCUIT FORM 4 DISCLOSURE

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **DaShaun McCray,** | ) |
|     **Appellant** | ) |
| | ) |
| v. | ) Case No. 24-3159 |
| | ) |
| **Denis McDonough, Secretary** | ) |
| **Veteran's Administration** | ) |
| | ) |
|     **Appellee** | ) |

## DISCLOSURE STATEMENT

Pursuant to Federal rule of Appellate Procedure 26.1(a), (b) and or (c), the undersigned on behalf of DaShaun McCray certifies that there is no information to disclose pursuant to Fed.R.App.P. 26.1.

                                                   */s/ Rebecca M. Randles*
                                                 Rebecca M. Randles #16832
                                                 Randles Mata, LLC
                                                 851 NW 45th Street Suite 310
                                                 Kansas City, MO. 64116

# CERTIFICATE OF SERVICE

I, Rebecca Randles hereby certify that on the 15th day of November, 2024, I served a copy of the foregoing **DISCLOSURE STATEMENT** via email to:

Brian VanOrsby
Assistant U.S. Attorney
United States Attorney's Office
1200 Epic Center
301 N. Main Street
Wichita, KS 67202
Brian.vanorsby@usdoj.gov

Attorney for Defendant / Appellee

*/s/ Rebecca M. Randles*