# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

DaSHAUN McCRAY,

    Plaintiff-Appellant,

v.

DOUGLAS A. COLLINS, in his official capacity as Secretary of the United States Department of Veterans Affairs,

    Defendant-Appellee.

Case No. 24-3159

On Appeal from the United States District Court
for the District of Kansas (No. 22-cv-02154-DDC-ADM)
The Honorable Daniel D. Crabtree, United States District Judge

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S RESPONSE BRIEF

Defendant-Appellee Douglas A. Collins, Secretary of the United States Department of Veterans Affairs, respectfully requests a 45-day extension of time, up to and including May 24, 2025, to file Appellee's response brief. In support of this motion Appellee states as follows:

1.     Appellee's response brief is currently due for filing with this Court on April 9, 2025.

2. This is Appellee's first request for an extension of time to file his response brief.

3. Appellee requests this extension due to lead counsel for Appellee's schedule, including being heavily engaged in expert discovery and depositions in *Heuton v. United States of America, et al.,* District of Kansas Case No. 24-02065-DDC-TJJ.

4. Appellee's request for additional time is made in good faith and is not intended to unnecessarily delay or frustrate these proceedings.

5. Counsel for Appellant has no objection to Appellee's request for a 45-day extension.

Undersigned counsel respectfully requests an additional 45 days in which to file Appellee's response brief, until May 24, 2025.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

/s/ Brian E. Vanorsby
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS 67202
Tel: (316) 269-6481
Fax: (316) 269-6484
brian.vanorsby@usdoj.gov
*Attorney for Defendant-Appellee*
*Douglas A. Collins*

# CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A). The body of the motion contains 164 words, as calculated by the word-counting function of Microsoft Word for Microsoft 365.

The motion also complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6). It has been prepared in a proportionally spaced typeface—14-point Times New Roman—using Microsoft Word for Microsoft 365.

/s/ Brian E. Vanorsby
Brian E. Vanorsby
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that this document was electronically filed on March 31, 2025, with the Clerk of United States Court of Appeals for the Tenth Circuit using the ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Brian E. Vanorsby
Brian E. Vanorsby
Assistant United States Attorney